In the Matter of HOWARD A.W., Respondent, v NYAH VERNELL J., Appellant. (Proceeding No. 1.) In the Matter of WAYNE DEVINE P., Respondent, v ACS-KINGS, Respondent, and NYAH VERNELL J., Appellant. (Proceeding No. 2.) In the Matter of K'MORA W. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; NYAH J., Appellant. HOWARD A.W., Nonparty Respondent. (Proceeding No. 3.) In the Matter of QUAM P. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; NYAH J., Appellant. WAYNE DEVINE P., Nonparty Respondent. (Proceeding No. 4.) [930 NYS2d 483]—

The "essential consideration" in the placement of children in a neglect proceeding and in making an award of custody is the best interests of the children, and the Family Court's exercise of its discretion must have a sound and substantial basis in the record (*Matter of Ramazan U.*, 303 AD2d 516, 517 [2003]; *see Eschbach v Eschbach*, 56 NY2d 167 [1982]; *Matter of Reyes v Polanco*, 83 AD3d 849, 850 [2011]; *Matter of Daniel R. [Lucille R.]*, 70 AD3d 839, 842 [2010]). Under the totality of the circumstances, releasing the subject children to their respective fathers and granting the fathers custody of their children had a sound and substantial basis in the record and will not be disturbed.

The mother's remaining contentions are without merit. Dillon, J.P., Eng, Sgroi and Miller, JJ., concur.